**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   RASHEEN PRESSLEY         : Bankruptcy No. 26-11953
                                  :
                                  :
         DEBTOR                   :   Chapter 13

<u>**CERTIFICATION OF SERVICE**</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 5/18/26            /Zachary Perlick/
                         Zachary Perlick, Esquire
                         1420 Walnut Street, Suite 718
                         Philadelphia, PA  19102
                         (215) 569-2922
                         zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
STEVEN K. EISENBERG
1581 Main Street, Suite 200
Warrington, PA 18976
seisenberg@sterneisenberg.com
Creditor

Via: <u>X</u> CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Rasheen Pressley
1954 N. Myrtlewood Street
Philadelphia, PA 19121
Debtor

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

**American Heritage**
2060 Red Lion Road
Philadelphia, PA 19115

(15144160)
(cr)

**Colonial Savings, FA**
2600 West Freeway
Fort Worth, TX 76102

(15138776)
(cr)

**Colonial Savings, FA**
2600 West Freeway
Fort Worth, TX 76102

(15144161)
(cr)

**PNC Bank**
POB 5580
Cleveland, OH 44101

(15138777)
(cr)

**PNC Bank**
POB 5580
Cleveland, OH 44101

(15144162)
(cr)

**Steven K. Eisenberg, Esquire**
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

(15142480)
(ntcapr)

**Wilmington Savings Fund Society, FSB, as trustee**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(15140027)