**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         RASHEEN PRESSLEY          : CHAPTER 13
                                         :
                                         :
               DEBTOR                    : BANKRUPTCY NO. 26-11953

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting

has been rescheduled to August 28, 2026 at 12:15 P.M.  The Meeting will be held via

zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 6/26/26                           BY:    /Zachary Perlick/
                                                Zachary Perlick, Esquire
                                                1420 Walnut Street, Suite 718
                                                Philadelphia, PA  19102
                                                (215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address.
Continue to the next page if necessary.)

STEVEN K. EISENBERG
1581 Main Street, Suite 200
Warrington, PA 18976
seisenberg@sterneisenberg.com
Creditor

Via: X CM/ECF _____1st Class Mail __Certified Mail _____e-mail:_____ Other:

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF _____1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire

Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Rasheen Pressley
1954 N. Myrtlewood Street
Philadelphia, PA 19121
Debtor

Via: ___CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ Other:

**American Heritage**
2060 Red Lion Road
Philadelphia, PA 19115

(15144160)
(cr)

(15138776)
(cr)

**Colonial Savings, FA**
2600 West Freeway
Fort Worth, TX 76102

(15144161)
(cr)

**PNC Bank**
POB 5580
Cleveland, OH 44101

(15138777)
(cr)

**PNC Bank**
POB 5580
Cleveland, OH 44101

(15144162)
(cr)

**Steven K. Eisenberg, Esquire**
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

(15142480)
(ntcapr)

**Wilmington Savings Fund Society, FSB, as trustee**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(15140027)
(ntcapr)